In re:  Case No. 19-14658-aih
Amanda Maria Gilkerson  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: mgaug | Page 1 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf973 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amanda Maria Gilkerson, 8816 Harris Court, North Ridgeville, OH 44039-4491 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 21 2020 21:56:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:09:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center, LLC d/b/a Veterans Unite |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark R. Lembright | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company |

mlembright@alaw.net, anhsalaw@infoex.com

Richard A. Baumgart

baumgart_trustee@dsb-law.com rbaumgart@ecf.axosfs.com

William J. Balena

on behalf of Debtor Amanda Maria Gilkerson docket@ohbksource.com janet@ohbksource.com

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 21, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 21, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-14658-AIH |
| | ) | |
| Amanda Maria Gilkerson | ) | Chapter 7 |
|               Debtor | ) | |
| | ) | Judge: Arthur I. Harris |
| | ) | |

### ORDER GRANTING MOTION OF TRUSTEE FOR ORDER ON DEBTOR TO TURN OVER FUNDS

This cause came on for consideration upon the motion of Richard A. Baumgart, Trustee herein, for an Order directing the Debtor, Amanda Maria Gilkerson to turnover to him the non-exempt portion of the Debtor's cash on hand, funds on deposit, and wages in the sum of $1720, due notice having been given and no party having responded or otherwise opposed the motion.

The Court finds as follows:

1. The relief sought by the Trustee as Movant is within the core matter jurisdiction of this Court pursuant to 28 U.S.C. §157(b)(2)(A), (B), (E) and (O).

2. The motion is well taken and should be granted.

3. The Debtor should be ordered to pay to the Trustee the sum of $1720.

# # #

**Order Submitted by:**

/s/ Richard A. Baumgart
Richard A. Baumgart (0002664)
Dettelbach, Sicherman & Baumgart LLC
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone 216-696-6000
rbaumgart@dsb-law.com
Trustee

## SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

    Richard Baumgart rbaumgart@dsb-law.com
    William J Balena, on behalf of the Debtor, at docket@ohbksource.com
    Derrick. V. Rippy  Derrick.V.Rippy@usdoj.gov

**And by regular U.S. mail, postage prepaid, on:**

    Amanda Maria Gilkerson
    8816 Harris Court
    North Ridgeville, OH 44039