IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AMANDA MARIA GILKERSON | ) | CASE NO.19-14658 |
| fka AMANDA CASTRO, FKA | ) | |
| AMANDA HARRIS | ) | JUDGE ARTHUR I. HARRIS |
| Debtor | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| | ) | **FOR SERVICE OF PAPERS** |

Please take notice that Richard J. LaCivita of Reimer Law Co., hereby enters his appearance as attorney for FREEDOM MORTGAGE CORPORATION, in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

REIMER LAW CO.
Richard J. LaCivita, ESQ.
30455 SOLON ROAD
SOLON, OHIO 44139

Please take further notice that the foregoing request includes notices and papers referred to in rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Date: November 4, 2020

    /s/ Richard J. LaCivita
    Reimer Law Co.
    Richard J. LaCivita #0072368
    Katherine D. Carpenter #0096867
    30455 Solon Road
    Solon, Ohio 44139
    Phone No. 440-600-5500
    Fax No. 440-600-5521
    rlacivita@reimerlaw.com

# CERTIFICATE OF SERVICE

I certify that on November 4, 2020, a true and correct copy of the Notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (Registered address)@usdoj.gov

2. Richard Baumgart on behalf of the Chapter 7 Trustee's office
   baumgarttrustee@dsb-law.com

3. William Balena, Esq. on behalf of Amanda Maria Gilkerson, Debtor
   docket@ohbksource.com

   And by regular U.S. mail, postage prepaid, to:

4. Amanda Maria Gilkerson, Debtor
   8816 Harris Court
   North Ridgeville, OH 44039

5. Cuyahoga County Treasurer
   2079 East 9th Street
   Cleveland, OH 44115

6. Matthew Gilkerson
   8816 Harris Court
   North Ridgeville, OH 44039

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Katherine D. Carpenter #0096867
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com